```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HIGHMORE FINANCING CO. I, LLC,

                         Plaintiff,

              -against-                                21 Civ. 11021 (AT)

THE GREIG COMPANIES, INC., JASON ALLEN                 ORDER
GREIG, DATASSURE CORP., JEFFREY
SPARROW, STORBYTE INC., DIAMOND
LAUFFIN, STEVEN GROENKE, PAYRANGE
INC., JOHN DOE, JOHN DOE, JOHN DOE, and
JOHN DOE,

                         Defendants.
```

ANALISA TORRES, District Judge:

     The Court has reviewed the parties' letters dated March 28 and April 1 and 4, 2022. ECF Nos. 67, 68, and 69. Accordingly, Plaintiff's request to adjourn the deadline for submission of the joint letter and proposed case management plan is GRANTED in part, and DENIED in part. *See* ECF No. 68. By **April 11, 2022**, the parties shall submit their joint letter and proposed case management plan. Defendant Lauffin's request for leave to file a motion to dismiss and Plaintiff's request for an extension of the briefing schedule are GRANTED. *See* ECF Nos. 67 and 68. By **May 10, 2022**, Defendants Sparrow, Storbyte Inc., Lauffin, Groenke, and PayRange, Inc. (collectively, "Moving Defendants") shall file their motions to dismiss. By **May 31, 2022**, Plaintiff shall file its opposition papers. By **June 14, 2022**, Moving Defendants shall file any replies.

     The Clerk of Court is directed to terminate the pending motions at ECF No. 67 and 68.

     SO ORDERED.

Dated: April 5, 2022
       New York, New York

ANALISA TORRES
United States District Judge