UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHMORE FINANCING CO. I, LLC,

                Plaintiff,

-against-

THE GREIG COMPANIES, INC., JASON ALLEN GREIG, DATASSURE CORP., JEFFREY SPARROW, STORBYTE INC., DIAMOND LAUFFIN, STEVEN GROENKE, PAYRANGE INC., JOHN DOE, JOHN DOE, JOHN DOE, and JOHN DOE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/7/2022_

21 Civ. 11021 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff has filed an amended complaint. ECF No. 96. Accordingly, Defendants' motions to dismiss are DENIED as moot. ECF Nos. 83, 87, 91, and 93. By **June 21, 2022**, Defendants shall either (1) file an answer; (2) file pre-motion letters for new motions to dismiss in accordance with the Court's Individual Practices in Civil Cases; or (3) file a letter with the Court stating that they rely on the previously filed motions to dismiss.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 83, 87, 91, and 93.

    SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge