```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HIGHMORE FINANCING CO. I, LLC,

                            Plaintiff,

        -against-                                        21 Civ. 11021 (AT)

THE GREIG COMPANIES, INC., JASON                         ORDER
ALLEN GREIG, DATASSURE CORP.,
JEFFREY SPARROW, STORBYTE INC.,
DIAMOND LAUFFIN, STEVEN
GROENKE, JOSEPH DRISSEL,
PAYRANGE INC., EQUINOX BUSINESS
LAW GROUP PLLC, SHAWN HARJU,
JOHN DOE, JOHN DOE, JOHN DOE, and
JOHN DOE,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/29/2022_

ANALISA TORRES, District Judge:

      The Court has reviewed the letters from Defendants Storbyte, Inc., Joseph Drissel, and Steve Groenke and Plaintiff dated August 13, 17, and 18, 2022. ECF Nos. 139–41. Accordingly, by **September 1, 2022**, Plaintiff shall file a letter on the docket that complies with Rule II.B of the Court's Individual Practices in Civil Cases in that it states the citizenship of each of Plaintiff's members. *See Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001).

      SO ORDERED.

Dated: August 29, 2022
       New York, New York

ANALISA TORRES
United States District Judge