```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HIGHMORE FINANCING CO. I, LLC,

                          Plaintiff,

              -against-                              21 Civ. 11021 (AT)

THE GREIG COMPANIES, INC., JASON                     ORDER
ALLEN GREIG, DATASSURE CORP.,
JEFFREY SPARROW, STORBYTE INC.,
DIAMOND LAUFFIN, STEVEN
GROENKE, JOSEPH DRISSEL,
PAYRANGE INC., EQUINOX BUSINESS
LAW GROUP PLLC, SHAWN HARJU,
JOHN DOE, JOHN DOE, JOHN DOE, and
JOHN DOE,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/28/2022_

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' letter dated November 15, 2022. ECF No. 181. Accordingly:

1. Defendants' request for a stay pending the decision on Defendants' motions to dismiss is DENIED; and
2. The parties' request for a six-month extension to complete discovery is GRANTED.

The Clerk of Court is directed to terminate the motion at ECF No. 181.

SO ORDERED.

Dated: November 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge