USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHMORE FINANCING CO. I, LLC,

           Plaintiff,

-against-

THE GREIG COMPANIES, INC., JASON ALLEN GREIG, DATASSURE CORP., JEFFREY SPARROW, STORBYTE INC., DIAMOND LAUFFIN, STEVEN GROENKE, JOSEPH DRISSEL, PAYRANGE INC., EQUINOX BUSINESS LAW GROUP PLLC, SHAWN HARJU, JOHN DOE, JOHN DOE, JOHN DOE, and JOHN DOE,

           Defendants.

21 Civ. 11021 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for June 28, 2023, is ADJOURNED to **November 28, 2023**, at **11:00 a.m.**

    SO ORDERED.

Dated: June 23, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge