```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HIGHMORE FINANCING CO. I, LLC,

                       Plaintiff,

           -against-

THE GREIG COMPANIES, INC., JASON
ALLEN GREIG, DATASSURE CORP.,
JOHN DOE, JOHN DOE, JOHN DOE, and
JOHN DOE,

                       Defendants.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/12/2023
```

21 Civ. 11021 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's letters dated August 15, and October 3, 2023. ECF Nos. 204–05. On August 1, 2023, the Court ordered Plaintiff to serve on the Greig Defendants (1) copies of the Order to Show Cause; (2) Plaintiff's proposed order to show cause; (3) Plaintiff's proposed default judgment; and (4) the declarations and associated exhibits of Eric N. Whitney and Dipak Jogia (the "Supporting Papers"). ECF No. 203. The Court also ordered Plaintiff to file proof of service on the docket by August 15, 2023. *Id.*

      Plaintiff's August 15, 2023 submission, ECF No. 204, is incomplete because it does not show that Plaintiff served the Grieg Defendants in a manner consistent with Attachment A of the Court's Individual Practices in Civil Cases. Accordingly, Plaintiff must serve copies of the Supporting Papers on the corporate Defendants via hand-delivery or first-class mail **and** service on the Secretary of State. N.Y. Business Corp. Law § 306. Plaintiff must serve copies of the Supporting Papers on Defendant Jason Allen Greig pursuant to N.Y. C.P.L.R. § 308.

      By **November 10, 2023**, Plaintiff shall file adequate proof of service on the docket. In addition, the telephonic order to show cause hearing scheduled for October 17, 2023, is ADJOURNED to **November 21, 2023**, at **10:00 a.m.**

      SO ORDERED.

Dated: October 12, 2023
       New York, New York

                                                      ANALISA TORRES
                                      United States District Judge