UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED:  12/26/2023 | |

HIGHMORE FINANCING CO. I, LLC,

                Plaintiff,

    -against-

THE GREIG COMPANIES, INC., JASON
ALLEN GREIG, and DATASSURE CORP.,

                Defendants.

21 Civ. 11021 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 7, 2023, the Court granted Plaintiff's motion to serve Defendant Jason Allen Greig by mail is and ordered Plaintiff to file proof of service on the docket by December 22, 2023. ECF No. 212.  That submission is now overdue.

Accordingly, Plaintiff shall serve Greig and file proof of service ono the docket by **January 16, 2024**.  The show-cause hearing scheduled for January 3, 2024, is ADJOURNED to **February 6, 2024**, at **10:00 a.m.**

    SO ORDERED.

Dated: December 26, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge