```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHMORE FINANCING CO. I, LLC,

                Plaintiff,

-against-

THE GREIG COMPANIES, INC., JASON ALLEN GREIG, and DATASSURE CORP.,

                Defendants.

21 Civ. 11021 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to scheduling conflicts, the show-cause hearing scheduled for February 6, 2024, is ADJOURNED to **February 13, 2024**, at **2:40 p.m.**

    SO ORDERED.

Dated: February 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge