UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHMORE FINANCING CO. I, LLC,

                Plaintiff,

-against-

THE GREIG COMPANIES, INC., JASON ALLEN GREIG, and DATASSURE CORP.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/7/2024__

21 Civ. 11021 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The show-cause hearing scheduled for February 13, 2024 is RESCHEDULED to **that day at 3:00 p.m.**

    SO ORDERED.

Dated: February 7, 2024
       New York, New York

                                      ANALISA TORRES
                                United States District Judge