UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHMORE FINANCING CO. I, LLC,

                       Plaintiff,

        -against-

THE GREIG COMPANIES, INC., JASON
ALLEN GREIG, and DATASSURE CORP.,

                     Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/13/2024
```

21 Civ. 11021 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The show-cause hearing scheduled for February 13, 2024 is ADJOURNED to **February 20, 2024** at **10:00 a.m.**  The conference will proceed telephonically.  The parties are directed to dial 888-398-2342 and enter access code 5598827.

      SO ORDERED.

Dated: February 13, 2024
      New York, New York

_____
      ANALISA TORRES
      United States District Judge