```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/20/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHMORE FINANCING CO. I, LLC,

                Plaintiffs,

-against-

THE GREIG COMPANIES, INC., JASON ALLEN GREIG, and DATASSURE CORP.,

                Defendants.

21 Civ. 11021 (AT)

**JUDGMENT**

ANALISA TORRES, District Judge:

    It is hereby ORDERED, ADJUDGED, and DECREED that default judgment is entered in favor of Plaintiff Highmore Financing Co. I, LLC and against Defendants The Greig Companies, Inc. and Jason Allen Greig on Counts XII (breach of contract) and XIII–XIX (fraud in the inducement) of Plaintiff's amended complaint, ECF No. 96, for the reasons stated on the record at the default hearing on February 20, 2024. Plaintiff's motion for a default judgment on Counts I, XX, and XXI is DENIED.

    It is further ORDERED, ADJUDGED, and DECREED that an inquest be held to determine the damages to be awarded to Plaintiffs in this action.

    SO ORDERED.

Dated: February 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge