**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HIGHMORE FINANCING CO. I, LLC,

                      Plaintiff,                      **ORDER**

             -against-                    **21-cv-11021 (AT) (JW)**

THE GREIG COMPANIES, INC., *et al.*,

                      Defendant.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Honorable Analisa Torres referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants The Greig Companies, Inc. and Jason Allen Greig on Counts XII and XIII–XIX of Plaintiff's amended complaint at Dkt. No. 96.

      Accordingly, IT IS HEREBY ORDERED that, on or before **April 3, 2024**, the Plaintiff shall prepare and file with the Court an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on the applicable Defendants, and file proof of such service with the Clerk of Court by **April 10, 2024**.

      IT IS FURTHER ORDERED that, on or before **May 3, 2024**, Defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

      The Plaintiff shall serve the Defendants with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:      February 28, 2024
               New York, New York

                                                                        _____
                                                                        JENNIFER E. WILLIS
                                                                        United States Magistrate Judge